ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 AUG 18 PM 3:50
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUSTIN LAWRENCE SIFERD | NO.<br><br>3-15CR-0371N |

# INDICTMENT

The Grand Jury Charges:

## Count One
### Aiming a Laser Pointer at an Aircraft
### (Violation of 18 U.S.C. § 39A(a))

On or about July 21, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Austin Lawrence Siferd**, did knowingly aim the beam of a laser pointer at an aircraft, to wit, a Texas Department of Public Safety helicopter, and at the flight path of such aircraft, which was an aircraft in the special aircraft jurisdiction of the United States.

In violation of 18 U.S.C. § 39A(a).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8805
Mark.penley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

AUSTIN LAWRENCE SIFERD

INDICTMENT

18 U.S.C. § 39A(a)
Aiming a Laser Pointer at an Aircraft

1 Count

A true bill rendered

_Roger Meist_
DALLAS                                                    FOREPERSON

Filed in open court this 18th day of August 2015.

_____
                                                          Clerk

Warrant to be Issued

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal matter pending